■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK MILLER, Appellant. [976 NYS2d 672]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered April 26, 2010, convicting him of criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claims that the Supreme Court erred in excusing potential jurors based on their personal hardship and

deprived him of his right to a public trial are unpreserved for appellate review (*see* CPL 470.05 [2]; *People v George*, 79 AD3d 1148 [2010]; *People v Casanova*, 62 AD3d 88, 92 [2009]; *People v Toussaint*, 40 AD3d 1017, 1017-1018 [2007]; *People v Vatansever*, 5 AD3d 406, 407 [2004]; *cf. People v Alvarez*, 20 NY3d 75 [2012]), and we decline to review them in the exercise of our interest of justice jurisdiction. Balkin, J.P., Lott, Austin and Miller, JJ., concur.